JOHN TAPPER, Appellant, v. CLYDE STEAMSHIP COMPANY, Respondent.—
Judgment and order unanimously affirmed, with costs. No opinion. Present —
Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

CATHARINE MORRISSON TAYLOR, an Infant, by FREDERIC I. LOCKMAN, Her
Guardian ad Litem, Respondent, v. MARGARET N. TAYLOR, Appellant.— Order
granting *motion to compel acceptance of service of complaint*, and denying
defendant's motion for change of venue, affirmed, with ten dollars costs and
disbursements. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

VILLAGE OF SPRING VALLEY, Appellant, v. ERIE RAILROAD COMPANY and NEW
JERSEY AND NEW YORK RAILROAD COMPANY, Respondents.— Order resettling
case on appeal affirmed, with ten dollars costs and disbursements. No opinion.
Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

VILLAGE OF MAMARONECK, Plaintiff, v. BOARD OF EDUCATION OF UNION FREE
SCHOOL DISTRICT NO. 1 OF THE TOWN OF MAMARONECK, Defendant.— Upon
agreed statement of facts, judgment will be rendered for defendant denying to
plaintiff a conveyance for the sum of $25,000, providing the parties stipulate to
modify defendant's demand for judgment so as to eliminate any adjudication
of its right to sell for $40,000. In the event of failure to file such stipulation the
submission is dismissed, without costs. The agreed statement of facts establishes
the value of the property to be at least $100,000. We are, therefore, of opinion
that it would be highly inequitable to permit a sale at either price stipulated by
the parties in the submission. Kelly, P. J., Manning, Young, Kapper and
Lazansky, JJ., concur. Settle order on notice.

GEORGE J. WAMSLEY, Respondent, v. ASHFORD PLUMBING Co., INC., Appel-
lant.— Order denying defendant's motion for change of venue affirmed, with ten
dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning,
Kapper and Lazansky, JJ., concur.

VINCENT J. ZITO, Appellant, v. WILLIAM F. SCHWALB and GEORGE C. SCHWALB,
Respondents.— Order *setting aside verdict and granting a new trial* unanimously
affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning,
Young and Kapper, JJ.

JULIUS DAHLMAN, INC., Respondent, v. GEORGE W. HALL, Appellant.— Appli-
cation denied, with ten dollars costs.

SAVERIO F. AMMENDOLA, Respondent, v. NEW YORK AND HARLEM RAILROAD
COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.
No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.